**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WILMONT FRAISER,** : | |
| : | |
| Plaintiff : | |
| : | **CIVIL NO. 3:CV-11-1552** |
| v. : | |
| : | **(Judge Caputo)** |
| **YORK COUNTY MEDICAL DEPT.,** : | |
| *et al.,* : | |
| : | |
| Defendants : | |

**O R D E R**

**AND NOW**, this 13th day of **AUGUST, 2012**, in accordance with the accompanying Memorandum, it is **ORDERED** that:

1. PrimeCare and Dr. Von Kiel's Motion to Dismiss (Doc. 8) is GRANTED.

2. Warden Sabol's Motion to Dismiss (Doc. 15) is GRANTED.

3. The Clerk of Court shall close this file.

                                                /s/ A.Richard Caputo
                                                **A. RICHARD CAPUTO
                                                United States District Judge**